# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| RONNIE DALE WHITENER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00048-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| RUTHERFORD COUNTY DETENTION CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2023 Sealed Memorandum of Decision and Order, and Redacted Memorandum of Decision and Order.

September 1, 2023

_Katherine Hord Simon_, Clerk
United States District Court